UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Olukunle Awe

               Plaintiff(s),

-against-

The City of New York, et. al.,

               Defendant(s).
-----------------------------------------------------------x

ORDER OF DISCONTINUANCE

09 Civ. 7951 (SAS)(FM)

It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

ORDERED that said action be and hereby is, discontinued with/without prejudice and with/without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:     New York, New York
                     , 200

                                              FRANK MAAS
                                United States Magistrate Judge

_____     _____
Attorney(s) for Plaintiff            Attorney(s) for Defendants
                                           Katherine T. Smith
                                           NYC Law Dept.

Agreed and Consented to:     Agreed and Consented to:

_____     _____