USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

OLUKUNLE AWE,

                           Plaintiffs,

            -against-

THE CITY OF NEW YORK, EDWIN SOTO (SHIELD
NO. 06935), DETECTIVE NELSON DONES (SHIELD
NO. 04788), JOHN DOE 1-2,

                           Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

09 CIV 7951 (SAS)

        **WHEREAS,** plaintiff commenced this action by filing a complaint on or about September 16, 2009, alleging that certain of his civil rights were violated; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

        1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or attorneys' fees in excess of the amount specified in paragraph "2" below.

        2. The City of New York hereby agrees to pay plaintiff OLUKUNLE AWE, the sum of TWELVE THOUSAND DOLLARS ($12,000.00) in full satisfaction of all claims, including claims for costs, expenses, and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against the named defendants, the City

of New York, Police Officer Edwin Soto and Detective Nelson Dones, with prejudice, and to release all defendants, including the individuals named herein as "JOHN DOE 1-2," and any present or former employees or agents of the City of New York, or any agency thereof, including but not limited to the New York City Police Department, from any and all liability, claims, or rights of action under state or federal law that were or could have been alleged in this action, including claims for costs, expenses and attorneys' fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph "2" above and an Affidavit of Status of Liens.

4. Nothing contained herein shall be deemed to be an admission by defendant that it has in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or any agency thereof, including but not limited to, the New York City Police Department.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:   New York, New York
         Jan. 4, ~~2009~~ 2010

Robert Marinelli, Esq.  
*Attorney for Plaintiff*  
305 Broadway, 14th Floor  
New York, New York 10007

By: _____  
    Robert Marinelli, Esq.

MICHAEL A. CARDOZO  
Corporation Counsel of the  
  City of New York  
Attorney for Defendants  
100 Church Street, Room 3-217  
New York, New York 10007  
(212) 513-0462

By: _____  
    Katherine E. Smith  
    Assistant Corporation Counsel  
    Special Federal Litigation Division

SO ORDERED:

_____  
SHIRA A. SCHEINDLIN  
UNITED STATES DISTRICT JUDGE   1/6/10